WM. C. RUBY, Respondent, *v.* HANNIBAL AND ST. JOSEPH RAIL-
ROAD COMPANY, Appellant.

1. Parker v. Hannibal and St. Joseph Railroad Company, *ante*, p. 415, affirmed.

*Appeal from Fifth District Court.*

*Carr*, and *Hall & Oliver*, for appellant.

*Prewitt*, for respondent.

WAGNER, Judge, delivered the opinion of the court.

This case was argued in conjunction with the case of Parker
v. Hannibal and St. Joseph Railroad Company, and the facts are
precisely similar. For the reasons given in that case, the judg-
ment will be reversed and the cause remanded, at appellant's
costs. The other judges concur.